United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHA TAYLOR,<br>Plaintiff,<br>v.<br>L. MENA, et al.,<br>Defendants. | Case No. 26-cv-02042-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* civil rights action. On August 31, 2026, the Court's August 12, 2026 Order Granting Leave to Proceed In Forma Pauperis was returned to the Court as undeliverable with the notations "Inactive" and "Unclaimed / Unable to Forward." ECF No. 14. On September 11, 2026, the Court's August 12, 2026 Order of Partial Service was returned to the Court as undeliverable with the notations "Inactive" and "Not Deliverable As Addressed / Unable to Forward." ECF No. 15. It appears that Plaintiff is no longer in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), as the Court is unable to locate Plaintiff in the CDCR's online inmate locator, California Incarcerated Records and Information Search ("CIRIS"). *See* https://ciris.mt.cdcr.ca.gov/ (last visited Nov. 3, 2026).

N.D. Cal. Civil L.R. 3-11 provides that the Court may dismiss a complaint without prejudice when: (1) court mail addressed to the *pro se* party has been returned to the court as not deliverable, and (2) the Court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address. *See* N.D. Cal. Civil L.R. 3-11(b). More than sixty days has passed since court mail addressed to Plaintiff was returned as undeliverable. Accordingly, the Court DISMISSES this case without prejudice pursuant to N.D. Cal. Civil L.R. 3-11. Because the dismissal is without prejudice, Plaintiff may move to reopen this

case. Any motion to reopen must be accompanied by a notice informing the Court of Plaintiff's current address.

Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: November 9, 2026

JON S. TIGAR
United States District Judge